[No. 17771–1–I. Division One. July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ANTON R. DANNER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00166–9, Paul D. Hansen, J., entered January 17, 1986. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 17798–2–I. Division One. July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MELVIN SHARP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02446–6, David C. Hunter, J., entered December 26, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17904–7–I. Division One. July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOSEPH ALVARADO, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–1–00456–9, David A. Nichols, J., entered January 15, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18109–2–I. Division One. July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GARY BOB MCCORKLE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–04004–6, Jim Bates, J., entered February 26, 1986. *Dismissed* by unpublished per curiam opinion.